No. 94–1953. STEAMSHIP CLERKS UNION, LOCAL 1066 v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 1st Cir. Certiorari denied.

No. 94–1954. KISSINGER ET AL. v. ARKANSAS STATE HIGHWAY COMMISSION. C. A. 8th Cir. Certiorari denied.

No. 94–1955. COUNTY OF BOYD ET AL. v. US ECOLOGY, INC. C. A. 8th Cir. Certiorari denied.

No. 94–1956. BRANSON v. FLETCHER ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1957. HAYES, SPOUSE OF HAYES AND TUTRIX FOR HAYES ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1958. WAL-MART STORES, INC., DBA SAM'S WHOLESALE CLUB v. FOLLETTE ET UX., INDIVIDUALLY AND AS NEXT FRIENDS OF FOLLETTE, A MINOR CHILD. C. A. 8th Cir. Certiorari denied.

No. 94–1959. WILLIAMS v. GARRAGHTY. Sup. Ct. Va. Certiorari denied.

No. 94–1960. FREEMAN ET VIR v. SIMON ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–1961. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1962. KIEFFER v. BANK OF AMERICA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–1963. NESLADEK, TRUSTEE FOR THE HEIRS AND NEXT OF KIN OF NESLADEK, DECEASED v. FORD MOTOR CO. C. A. 8th Cir. Certiorari denied.

No. 94–1965. CHARASH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–1967. MONTOYA ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1970. GULF SOUTH MEDICAL & SURGICAL INSTITUTE ET AL. v. AETNA LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.